Michael L. Slack (Texas Bar No. 18476800)
mslack@slackdavis.com
*Pro Hac Vice Anticipated*
John R. Davis (Cal. Bar No. 308412)
jdavis@slackdavis.com
*Admitted Pro Hac Vice*
SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Thomas J. Brandi (Cal. Bar No. 53208)
tjb@brandilaw.com
Brian J. Malloy (Cal. Bar No. 234882)
bjm@brandilaw.com
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
415-989-1800

*Attorneys for Plaintiff David Thornton*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID THORNTON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>LYFT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:16-cv-3135-SK<br><br>**SUGGESTION OF DEATH** |

**SUGGESTION OF DEATH**

Please take notice that the Plaintiff in the above-captioned matter, Mr. David Thornton, has died.

Dated: July 7, 2016

Respectfully Submitted,

/s/ Brian J. Malloy
Thomas J. Brandi (Cal. Bar No. 53208)
tjb@brandilaw.com
Brian J. Malloy (Cal. Bar No. 234882)
bjm@brandilaw.com
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
415-989-1800

Michael L. Slack (Texas Bar No.18476800)
mslack@slackdavis.com
*Pro Hac Vice Anticipated*
John R. Davis (Cal. Bar No. 308412)
jdavis@slackdavis.com
*Admitted Pro Hac Vice*
SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746
512-795-8686
512-795-8787 (fax)

**CERTIFICATE OF SERVICE**

I, Brian J. Malloy, hereby certify that on July 7, 2016, I caused to be electronically filed a true and correct copy of the following document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record in *Thornton v. Lyft, Inc.*, Case No. 3:16-cv-3135-SK:

**SUGGESTION OF DEATH**

Plaintiff's counsel intends to serve Mr. Thornton's successor or representative in accordance with Federal Rule of Civil Procedure 4 as expeditiously as possible and will file a certificate of service on the record once service is completed.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of July, 2016 at San Francisco, California.

              /s/ Brian J. Malloy
             BRIAN J. MALLOY